No. 80–746. BRADSHAW, SECRETARY, NORTH CAROLINA DEPARTMENT OF TRANSPORTATION *v.* HALL ET AL. C. A. 4th Cir. Certiorari denied.

No. 80–823. BASSO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 80–866. HAYS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 80–868. BURWELL ET AL. *v.* EASTERN AIR LINES, INC.; and
No. 80–1076. EASTERN AIR LINES, INC. *v.* BURWELL ET AL. C. A. 4th Cir. Certiorari denied. Reported below: 633 F. 2d 361.

No. 80–880. CONTINENTAL OIL CO. *v.* OCCUPATIONAL SAFETY AND HEALTH REVIEW COMMISSION ET AL. C. A. 6th Cir. Certiorari denied.

No. 80–920. SOUTH SHORE HOSPITAL *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 1st Cir. Certiorari denied.

No. 80–926. HEDMAN ET AL. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 80–938. BURBANK ANTI-NOISE GROUP ET AL. *v.* LEWIS, SECRETARY OF TRANSPORTATION, ET AL. C. A. 9th Cir. Certiorari denied.

No. 80–948. ARMORED TRANSPORT, INC. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 80–953. CITY OF CHICAGO *v.* NATIONAL ORGANIZATION FOR WOMEN ET AL. C. A. 7th Cir. Certiorari denied.